FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 2 2006 ★
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DUNKIN' DONUTS INCORPORATED and
BASKIN-ROBBINS USA, CO.,

                     Plaintiffs,           05 CV 3200 (SJ)

   - against -                           **ORDER**

PETER ROMANOFSKY, INC.,

                     Defendant.
-----------------------------------------------------------X

A P P E A R A N C E S:
O'ROURKE & DEGEN
225 Broadway, Suite 715
New York, NY 10007
By:   Ronald D. Degen, Esq.
Attorney for Plaintiff

JOHNSON, Senior District Judge:

The Summons and Complaint in this action having been duly served on July 7, 2005, on the above-named defendant, Peter Romanofksy, Inc. ("Defendant"), and Defendant having failed to plead or otherwise defend in this action, and the default of Defendant having been duly noted, and upon the certification of Defendants' default by the Clerk of the Court on December 30, 2005, now on motion of Plaintiff, it is hereby:

ORDERED, ADJUDGED and DECREED that judgment be entered in favor of

P-049

Plaintiff and against Defendant Peter Romanofksy, Inc. and

ORDERED that this matter be referred to Magistrate Judge Joan M. Azrack to report and recommend appropriate relief, including, but not limited to, the amount of damages to be awarded to Plaintiff, plus attorneys' fees and costs, as well as other relief as demanded in Plaintiff's Complaint.

SO ORDERED.

Dated: February 16, 2006
Brooklyn, NY

s/SJ
Senior U.S.D.J.